# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

# CLOSED

| | |
|---|---|
| **STEPHEN ROCHESTER, JERMAINE WILKINS, AND RAYMOND DONNERSTAG** on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>**CITY OF EAST ORANGE,**<br><br>    *Defendant.* | Civil Action No.: 12-5988 (MAH)<br><br>O R D E R |

It appearing that the parties have reached a settlement in this case [D.E. 132] and the Court having held a fairness hearing on the record on November 21, 2016:

**It is on this 21st day of November 2016;**

**ORDERED**, that this action be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated; and, it is further,

**ORDERED**, that the Clerk shall close the file in this matter.

*Michael A. Hammer*
Michael A. Hammer
United States Magistrate Judge
